Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Anthony Ray Malma

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ANTHONY RAY MALMA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 5:20-cv-01745-PD<br><br>/PROPOSED/ ORDER OF DISMISSAL |

　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　IT IS SO ORDERED.

DATE:　June 24, 2021

　　　　　　　　　　　　　*Patricia Donahue*
　　　　　　　　　　　　THE HONORABLE PATRICIA DONAHUE
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE